NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LAWRENCE E. BROVIAK, )
)
Appellant, )
)
v. )            Case No. 2D14-2998
)
STATE OF FLORIDA, )
)
Appellee. )
_____ )

Opinion filed November 4, 2015.

Appeal from the Circuit Court for
Hillsborough County; Chet A. Tharpe,
Judge.

Howard L. Dimmig, II, Public Defender, and
Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


CASANUEVA, Judge.

        Lawrence E. Broviak appeals an order revoking his community control and

the sentence imposed upon the revocation.  We affirm but remand with instructions to

strike the reference to the violation of condition number sixteen from the order revoking

community control so that the order conforms to the trial court's oral pronouncement.

See <u>Turner v. State</u>, 873 So. 2d 480, 481 (Fla. 2d DCA 2004) ("A written order of revocation of probation must conform with the trial court's oral pronouncement." (citing <u>Williams v. State</u>, 764 So. 2d 757 (Fla. 2d DCA 2000))).

Affirmed; remanded with instructions.

KHOUZAM and BLACK, JJ., Concur.